STEPHEN YOUNG, CASB No. 58711
steve.young@kyl.com
STACEY M. GARRETT, CASB No. 155319
stacey.garrett@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California  90802
Telephone:     (562) 436-2000
Facsimile:      (562) 436-7416

BEN SUTER, CASB No. 107680
ben.suter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:      (415) 981-0136

Attorneys for Defendants
E*TRADE SECURITIES LLC and E*TRADE FUTURES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA– SAN FRANCISCO

| | |
|---|---|
| BENJAMIN WHITESIDES, AZIZ SI HADJ MOHAND, and MATTHEW CHEUNG, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>E*TRADE SECURITIES, LLC, a Delaware limited liability company; and E*TRADE FUTURES, LLC, an Illinois limited liability company, and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:20-cv-5803-JSC<br><br>**STIPULATION ENLARGING TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>*[Relates to Dkt. Nos. 29, 31 and 32]* |

COMES NOW Plaintiffs Benjamin Whitesides, Aziz Si Hadj Mohand, and Matthew Cheung, individually and behalf of all others similarly situated ("Plaintiffs") and Defendants E*TRADE Securities LLC and E*TRADE Futures LLC ("E*TRADE") (collectively the "Parties"), and pursuant to Civil Local Rule 6-1(b), stipulate to enlarge the period of time for E*TRADE to file their Reply Brief In Support Of Motion To Dismiss Second Amended Complaint. In support of their stipulation, the Parties state as follows:

WHEREAS, on April 26, 2021, E*TRADE filed its Motion to Dismiss the Second Amended Complaint and Request for Judicial Notice [Dkt #29];

WHEREAS, on May 10, 2021, Plaintiffs filed their Opposition to E*TRADE's Motion to Dismiss and Objections to E*TRADE's Request for Judicial Notice and Related Declarations [Dkt #31 and 31-1];

WHEREAS, on May 10, 2021, the Court continued the hearing on the Motion to Dismiss the Second Amended Complaint from June 3, 2021 to June 17, 2021 [Dkt #32];

WHEREAS, E*TRADE's counsel is currently engaged in an arbitration and is scheduled to commence another arbitration on May 17, 2021. Given the Court's continuance of the hearing date on the Motion to Dismiss, E*TRADE's counsel therefore requested a one week extension of time to file E*TRADE's Reply Brief In Support of Motion to Dismiss the Second Amended Complaint and E*TRADE's Responses to Plaintiffs' Objections to Request for Judicial Notice and Related Declarations. This enlargement of time will not require a change of the hearing date on the Court's calendar.

NOW, THEREFORE, the parties hereby stipulate and agree that E*TRADE may have up to and including May 25, 2021 to file its Reply Brief In Support of Motion to Dismiss the Second Amended Complaint and its Responses to Plaintiffs' Objections to E*TRADE's Request for Judicial Notice.

**IT IS SO STIPULATED.**

DATED: May 13, 2021

/s/ **Omar H. Bengali**
ROBERT J. GIRARD II
OMAR H. BENGALI
STEVEN M. BUHA
GIRARD BENGALI, APC

BRIAN S. KABATECK
CHRISTOPHER B. NOYES
JOANA FANG
KABATECK LLP

MICHAEL GATTO
ACTIUM LLP
Attorneys for Plaintiffs

DATED: May13, 2021

/s/ **Stacey M. Garrett**
STEPHEN YOUNG
BEN SUTER
STACEY M. GARRETT
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
E*TRADE SECURITIES LLC and E*TRADE FUTURES LLC

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

DATED: May13, 2021

/s/ **Stacey M. Garrett**
STEPHEN YOUNG
BEN SUTER
STACEY M. GARRETT
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
E*TRADE SECURITIES LLC and E*TRADE FUTURES LLC

## ORDER

The Court having reviewed the Stipulation of the Parties and good cause appearing therefore: The enlargement of time is granted. E*TRADE's Reply Brief In Support of Motion to Dismiss the Second Amended Complaint and Response to Plaintiffs' Objections to E*TRADE's Request for Judicial Notice must be filed on or before May 25, 2021.

**IT IS SO ORDERED.**

DATED: May 14, 2021

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE