UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN WHITESIDES, et al.,

    Plaintiffs,

    v.

E*TRADE SECURITIES, LLC, et al.,

    Defendants.

Case No. 20-cv-05803-JSC

**JUDGMENT**

The Court having granted granting Defendants' motion to dismiss without leave to amend by Order filed June 24, 2021, enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: June 25, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge